

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'07 MJ 8880

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>Hector FLORES-Arce,<br><br>　　　　　　　　Defendant. | Magistrate Case No.:<br><br>COMPLAINT FOR VIOLATION OF<br><br>21 U.S.C. § 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |

The undersigned complainant being duly sworn states:

That on or about October 28, 2007 within the Southern District of California, defendant Hector FLORES-Arce did knowingly and intentionally import approximately 11.90 kilograms (26.18 pounds) of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Jeffrey Gilgallon, Special Agent
　　　　　　　　　　　　　　　　U.S. Immigration and Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 29th DAY OF OCTOBER 2007.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　PETER C. LEWIS
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

**UNITED STATES OF AMERICA**
**v.**
**Hector FLORES-Arce**

## STATEMENT OF FACTS

This statement of facts is based on the reports, documents, and notes furnished to U.S. Immigration and Customs Enforcement Special Agent Jeffrey Gilgallon.

On October 28, 2007, at approximately 1810 hours, Hector FLORES-Arce attempted to enter the United States from the Republic of Mexico through the Calexico, California West Port of Entry. FLORES was the driver and sole occupant of a 2003 Mazda Tribute.

At primary inspection, FLORES gave a negative oral Customs declaration to U.S. Customs & Border Protection Officer (CBPO) Alvarado and claimed to be the registered owner of the Mazda. CBPO Alvarado noticed the windshield of the Mazda had been tampered with and there were new screws along the windshield. CBPO Alvarado noticed FLORES was nervous when showing the vehicle registration. FLORES was referred to the vehicle secondary inspection area.

During secondary examination, a negative oral Customs declaration was received from FLORES. Customs Enforcement Officer Ragsdale had his Narcotic/Human Detector Dog (NHDD) screen the vehicle. The NHDD alerted to the dashboard of the Mazda.

CBPO Officers subsequently discovered a total of twenty (20) packages containing a crystal-like substance concealed within the dashboard. This substance field-tested positive for the presence of methamphetamine. The total weight of the packages was approximately 11.90 kilograms (26.18 pounds).

FLORES was arrested for importation of methamphetamine into the United States. FLORES was advised of his rights and stated that he understood his rights.

1  FLORES was transported to the Imperial County Jail to await his initial appearance
2  before a U.S. Magistrate Judge.